IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| YVONNE SINKLEAR<br>and MONTGOMERY SINKLEAR,<br>    Plaintiffs, | *<br>*<br>* |
| | *   Civil Action No. 3:15-cv-15 (Groh) |
| | *   (Removal of case 15-C-6 from the Circuit |
| | *   Court of Berkeley County, West Virginia) |
| | * |
| SHENANDOAH VALLEY MEDICAL<br>SYSTEM, INC., and<br>PAMELA CRUDEN-PARHAM, M.D., | *  Electronically Filed February 17, 2015<br>*<br>* |
| | * |
|     Defendants. | * |

## NOTICE OF REMOVAL

The United States of America, by William J. Ihlenfeld, II, United States Attorney for the Northern District of West Virginia, and Erin K. Reisenweber, Assistant United States Attorney for said District, hereby respectfully files this Notice of Removal based upon the following:

1.    Shenandoah Valley Medical System, Inc., (Shenandoah) and Pamela Cruden-Parham, M.D. (Cruden-Parham) are defendants in Civil Action No. 15-C-6 now pending in the Circuit Court of Berkeley County, West Virginia. Civil Action No. 15-C-6 was commenced against Defendants Shenandoah and Cruden-Parham, by the filing of Plaintiffs' Complaint on or about January 9, 2015. (A copy of this pleading is attached hereto as Exhibit 1).

2.    At the time of the incidents alleged in the Complaint, Cruden-Parham was an employee of Shenandoah, which was an entity receiving federal grant money from the United States Public Health Service pursuant to 42 U.S.C. §§ 254b or 254c. Pursuant to 42 U.S.C. §§ 233(g) and (h), the United States Department of Health and Human Services (HHS) deemed Shenandoah and its employees eligible for malpractice coverage under the Federal Tort Claims

Act (FTCA) effective January 1, 2012. (A copy of the deeming letters of HHS is attached hereto as Exhibit 2.)

3. The Attorney General, by the United States Attorney for the Northern District of West Virginia, has certified, pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d), that Cruden-Parham and Shenandoah were acting within the scope of their employment at the time of the incidents alleged in the complaint, and that, pursuant to 42 U.S.C. §§ 233(g) and (h), Cruden-Parham and Shenandoah are deemed to be employees of the United States for FTCA purposes only for any acts or omissions in connection with their employment that occurred after January 1, 2012. (A copy of the Certification of Scope of Employment as referenced herein is attached as Exhibit 3).

4. Both 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(2) provide that upon certification by the Attorney General that a defendant was acting within the scope of employment at the time of the incident out of which the action arose, any civil action or proceeding commenced in a State Court shall be removed without bond at any time before trial by the Attorney General to the District Court of the United States of the district and division embracing the place in which the action or proceeding is pending and, thereafter, that the action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of Title 28, United States Code, and all references thereto. Thus, the requisite certification having been obtained regarding Cruden-Parham and Shenandoah, the removal of this action is ripe.

5. Title 28 U.S.C. § 2679(d)(2) further provides that the Certification of Scope of Employment "shall conclusively establish scope of office or employment for purposes of removal."

WHEREFORE, this action now pending in the Circuit Court of Berkeley County, West Virginia, is properly removed therefrom to this Court pursuant to Title 28, United States Code, Section 2679(d)(2) and Title 42, United States Code, Section 233(c).

                                        Respectfully submitted,

                                        WILLIAM J. IHLENFELD, II
                                        UNITED STATES ATTORNEY

By:    s/ *Erin K. Reisenweber*
         Erin K. Reisenweber
         Assistant United States Attorney
         217 West King Street, Suite 400
         Martinsburg, WV 25401
         Phone:   (304) 262-0590
         Fax:     (304) 262-0591

## CERTIFICATE OF SERVICE

I Erin K. Reisenweber, hereby certify that on February 17, 2015, a true and correct copy of the foregoing Notice of Removal has been sent to counsel for all parties by U.S. Mail, addressed as follows:

Christopher T. Nace, Esq.
Paulson & Nace, PLLC
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

D. Michael Burke, Esq.
Burke, Schultz, and Harman
1444 Edwin Miller Blvd.
P.O. Box 1938
Martinsburg, WV 25401

s/*Erin K. Reisenweber*
Erin K. Reisenweber
Assistant United States Attorney
217 West King Street, Suite 400
Martinsburg, WV 25401
Phone:   (304) 262-0590
Fax:     (304) 262-0591